**Orville LEWIS, Jr., Plaintiff–Appellant,**

v.

**UNKNOWN POLICE OFFICER, Hopewell Police Department; Wayne Cleveland, Chief of Police, Hopewell Police Department; Dan Wetta, Chairman and Ceo, John Randolph Medical Center; Joseph Walker, Security Officer; Patricia L. Williams, Attorney–in–Fact; Joyce W. Williams, Caregiver, Defendants-appellees.**

No. 02–1704.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Orville Lewis, Jr., Appellant Pro Se. Patricia L. Williams, Joyce W. Williams, Appellees; David Patrick Corrigan, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia; Michael John Otten, Leclair Ryan, P.C., Richmond, Virginia, for Appellees.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Orville Lewis, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lewis v. Unknown Police Officer*, No. CA–02–141–3 (E.D. Va. June 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*